UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER KELLY WELLS,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JOE A. LIZARRAGA,<br><br>　　　　　Respondent. | No.  2:16-cv-2807 WBS AC P<br><br><br>ORDER |

　　　　Petitioner has requested the appointment of counsel.  ECF No. 16.  There currently exists no absolute right to appointment of counsel in habeas proceedings.  <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case "if the interests of justice so require."  While the court is sympathetic to petitioner's circumstances, it does not find that the interests of justice would be served by the appointment of counsel at the present time.  Petitioner is not required to reply to respondent's answer and he has already fully presented the issues in his habeas petition, which the court will evaluate regardless of whether a reply is submitted.  Additionally, respondent has provided the court with copies of the trial transcripts and petitioner's direct appeal and state habeas petitions.  ECF No. 14.

　　　　Petitioner has also filed a motion for an extension of time to file and serve a reply to respondent's answer.  ECF No. 17.  Petitioner seeks an enlargement of time up to and including

May 8, 2017, due to a communication disability and the lack of continuing assistance in preparing documents for the court. Id. at 1. Petitioner's reply is currently due by March 13, 2017. Good cause appearing, petitioner's motion for an extension of time shall be granted. If petitioner needs another extension of time, he should file a motion with the court that tells the court why he requires more time and how much time he needs.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for appointment of counsel (ECF No. 16) is denied without prejudice;

2. Petitioner's motion for an extension of time (ECF No. 17) is granted; and

3. Petitioner's optional reply to respondent's answer is now due by May 8, 2017.

DATED: March 15, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE