1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTOPHER KELLY WELLS,                   No.  2:16-cv-2807 WBS AC P

12                  Petitioner,

13          v.                                   ORDER

14    JOE A. LIZARRAGA,

15                  Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On February 10, 2022, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within twenty-one days.  ECF No. 33.  After

23    receiving an extension of time, petitioner filed timely objections to the findings and

24    recommendations.  ECF No. 36.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

27    court finds the findings and recommendations to be supported by the record and by proper

28    analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 10, 2022 (ECF No. 33), are adopted in full;

2. The petition for writ of habeas corpus is denied; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  April 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/well2807.805hc

2